# In the United States Court of Federal Claims

Case No. 05-1393C
(Filed: February 27, 2006)

| | |
|---|---|
| ****************************************************** | |
| JOHN D. & SUSAN B. MORRIS, | * |
| *Plaintiffs, pro se* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |
| ****************************************************** | |

## ORDER

The Court is in receipt of the parties' **Joint Motion for a Stay of Proceedings** filed February 23, 2006, while certain related cases remain in the Court's ADR Program (before Judge Marian Blank Horn).

In accordance with the parties' **Joint Motion for a Stay of Proceedings**, **this case is stayed until 14 days after the conclusion of ADR proceedings**.

**Parties shall file a Joint Status Report every 60 days, starting April 14, 2006, or 14 days after ADR is concluded.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge